IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CASSANDRA GESKE,<br>on behalf of herself and all others similarly situated,<br>        Plaintiffs,<br>v.<br><br>PNY TECHNOLOGIES, INC.,<br>        Defendant. | )<br>)<br>)<br>)  Case No. 1:19-cv-5170<br>)<br>)  Honorable Ronald A. Guzman<br>)<br>)<br>) |

**NOTICE OF AGREED MOTION TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFFS' COMPLAINT**

**PLEASE TAKE NOTICE** that on Tuesday August 27, 2019 at 9:30 AM, or as soon thereafter as I may be heard, I shall appear before the Honorable Ronald A. Guzman or any judge sitting in his stead in Courtroom 1802C of the United States District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall present the Agreed Motion to Extend Time for Defendant to Answer or Otherwise Plead to Plaintiffs' Complaint.

Dated: August 22, 2019

Respectfully submitted,

By: */s/Ronald Y. Rothstein*

Ronald Y. Rothstein
RRothste@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

*Attorney for Defendant PNY Technologies, Inc.*

## CERTIFICATE OF SERVICE

  I, Ronald Y. Rothstein, an attorney, hereby certify that I caused a copy of the foregoing document to be served by electronic means on all Electronic Filing Users of record, on August 22, 2019, and that all parties required to be served have been served.

*/s/Ronald Y. Rothstein*
Ronald Y. Rothstein
