**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| **CASSANDRA GESKE**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**PNY TECHNOLOGIES, INC.,**<br><br>Defendant. | Case No. 1:19-cv-05170<br><br>HONORABLE STEVEN C. SEEGER |

**NOTICE OF CORRECTED "EXHIBIT A" FOR THE MEMORANDUM OF LAW**
**IN SUPPORT OF DEFENDANT PNY TECHNOLOGIES, INC.'S**
**MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that Exhibit A for the Memorandum of Law in Support of Defendant PNY Technologies, Inc.'s Motion to Dismiss Plaintiff's Class Action Complaint (ECF No. 34-2) was filed in error. Accordingly, Defendant PNY Technologies, Inc. hereby files this Notice of Corrected Exhibit A for the Memorandum of Law in Support of Defendant PNY Technologies, Inc.'s Motion to Dismiss Plaintiff's Class Action Complaint.

Dated: October 15, 2019

Respectfully submitted,

By: */s/Ronald Y. Rothstein*
RONALD Y. ROTHSTEIN
SEAN H. SUBER
AMELIA R GARZA-MATTIA
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
Phone: (312) 558-5600
Fax: (312) 558-5700
RRothste@winston.com
SSuber@winston.com
AGarzaMattia@winston.com

*Counsel for Defendant*
*PNY Technologies Inc.*

## CERTIFICATE OF SERVICE

I, Ronald Y. Rothstein, an attorney, hereby certify that I caused a copy of the foregoing document to be served by electronic means on all Electronic Filing Users of record, on October 15, 2019, and that all parties required to be served have been served.

/s/Ronald Y. Rothstein
Ronald Y. Rothstein