## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA GESKE**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**PNY TECHNOLOGIES, INC.**,<br><br>Defendant. | Case No. 1:19-cv-05170<br>Honorable Lindsay Jenkins<br>Magistrate Judge Young B. Kim |
| **DJAKARTA JACOBS**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**PNY TECHNOLOGIES, INC.**,<br><br>Defendant. | Case No. 1:21-cv-03354<br>Honorable Lindsay Jenkins<br>Magistrate Judge Young B. Kim |

### DECLARATION OF SEAN H. SUBER IN SUPPORT OF DEFENDANT PNY TECHNOLOGIES, INC.'S RESPONSE TO PLAINTIFFS' STATUS REPORT

I, Sean H. Suber, declare as follows:

1.      I am a partner at Winston & Strawn LLP, and I represent Defendant in this matter. I submit this declaration in support of Defendant PNY Technologies, Inc.'s Response to Plaintiffs' Status Report, filed June 22, 2023.

2.      A true and correct copy of Defendant's First Supplemental Responses to Plaintiffs' Requests for Production, served on Plaintiffs on June 12, 2023, is attached hereto as **Exhibit A**.

3.      A true and correct copy of Defendant PNY's Production Letter Vol. 2, sent to Plaintiffs on June 6, 2023, is attached hereto as **Exhibit B**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: June 22, 2023

Respectfully submitted,

*/s/ Sean H. Suber*
Ronald Y. Rothstein
Sean H. Suber
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
Phone: (312) 558-5600
Fax: (312) 558-5700
RRothste@winston.com
SSuber@winston.com

*Attorneys for Defendant*
*PNY Technologies, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of June 2023, I caused a true and correct copy of the foregoing to be filed electronically with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties and counsel of record.

/s/     *Sean H. Suber*