# EXHIBIT B



NORTH AMERICA   SOUTH AMERICA   EUROPE   ASIA

35 W. Wacker Drive
Chicago, IL 60601
T +1 (312) 558-5600
F +1 (312) 558-5700

**SEAN H. SUBER**
Partner
(312) 558-3765
SSuber@winston.com

June 6, 2023

**By Electronic Mail**

William ("Bill") F. Cash III
Matthew D. Schultz
Levin, Papantonio, Rafferty, Proctor, Buchanan,
   O'Brien, Barr & Mougey, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502

D. Greg Blankinship
Bradley F. Silverman
Finkelstein, Blankinship, Frei-Pearson
   & Garber, LLP
1 North Broadway, Suite 900
White Plains, NY 10601

    Re:    *Geske v. PNY Technologies, Inc.*, **1:19-cv-5170 (N.D. Ill.)**
         *Jacobs v. PNY Technologies, Inc.*, **1:21-cv-3354 (N.D. Ill.)**

Counsel:

    Documents bearing the Bates Numbers PNY_000001 to PNY_000005 and PNY_000015 to PNY_000029 have been uploaded to Winston & Strawn's FTP site and are available for download via the following link:

    https://mft.winston.com/?ShareToken=EC3AB42CA80CBCE384C930E102D8FBC414F7D00F

    The password to access this file will be sent in a separate email.

    Defendant has not yet withheld documents that fall under its privilege objections to Plaintiffs' discovery requests. To the extent that any privileged documents are inadvertently produced, Defendant does not waive the right to retrieve them. We will serve supplemental responses and objections to account for this production within a week.

    If you have any questions or concerns, please feel free to contact our team.

               Sincerely,

               Sean Suber

cc:    Counsel of Record