### UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Cassandra Geske
                            Plaintiff,

v.                                                             Case No.: 1:19–cv–05170
                                                                   Honorable Lindsay C. Jenkins

PNY Technologies, Inc.
                            Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 5, 2023:

      MINUTE entry before the Honorable Young B. Kim: Defendant's motion for settlement conference [95] is denied. The court appreciates Defendant's interest in quickly resolving this matter as it sees the cost of litigation to eclipse any net gain, if any, Plaintiff and her class may realize. Perhaps Defendant is accurate in its forecast, and this court could compel Plaintiff to appear for a settlement conference. However, this court sees no value in compelling Plaintiff to appear for a settlement conference when she believes that she is not prepared to serve a reasonable settlement demand on behalf of the putative class. Without Plaintiff's willingness to engage in settlement discussions, any settlement conference this court hosts will not be meaningful or productive. The best course–––as this court sees it–––is for it to resolve the pending discovery issues and order Plaintiff to serve a settlement demand on Defendant when appropriate. That said, Defendant is not barred from serving a class settlement offer to encourage Plaintiff to the settlement table. Mailed notice(ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.