**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Cassandra Geske

                              Plaintiff,

v.                                                               Case No.: 1:19–cv–05170
                                                                  Honorable Lindsay C. Jenkins

PNY Technologies, Inc.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 3, 2023:

      MINUTE entry before the Honorable Young B. Kim: Plaintiff's motion for extension of time and for discovery conference [98] is granted in part and denied in part. The motion for extension of time is granted to the extent that the fact discovery deadline and the schedule for completing expert discovery are stricken. The court recognizes that the parties have filed their court ordered status reports (R. 90; R.91), but the court has not yet reviewed them. The court also recognizes that this is one of the older cases on the docket. The court will first determine what if any additional written discovery is required from each side and then assess the next discovery steps the parties should take. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.