**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Cassandra Geske

        Plaintiff,

v.                Case No.: 1:19–cv–05170
                  Honorable Lindsay C. Jenkins

PNY Technologies, Inc.

        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 7, 2023:

  MINUTE entry before the Honorable Young B. Kim: Relief Plaintiffs (including Djakarta Jacobs) seek in their status report [90] is granted in part and denied in part. Enter Order. Defendant is ordered to supplement its discovery responses to Plaintiffs' Interrogatory Nos. 1–4, 6, 8–11, and 14 and Requests for Production Nos. 4, 5, 8, 9, 11–19, 21, and 22 as detailed in the Order by August 25, 2023. If Plaintiffs believe that Defendant failed to comply with this order, they may file a motion for sanctions by September 8, 2023. If a timely motion is filed, Defendant has until September 22, 2023, to file a response thereto. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.