**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division**

Cassandra Geske

                        Plaintiff,

v.                                                     Case No.: 1:19–cv–05170
                                                       Honorable Lindsay C. Jenkins

PNY Technologies, Inc.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 8, 2023:

      MINUTE entry before the Honorable Young B. Kim: Relief Defendant seeks in its status report [91] is granted in part and denied in part. Enter Order. Plaintiffs are ordered to comply with this order by August 25, 2023. If Defendant believes that Plaintiffs failed to comply with this order, Defendant may file a motion for sanctions by September 8, 2023. If a timely motion is filed, Plaintiffs have until September 22, 2023, to file a response thereto. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.