UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA GESKE**, on behalf of herself and all others similarly situated, | |
| Plaintiff, | No. 1:19-cv-5170 |
| v. | Judge Jenkins |
| **PNY TECHNOLOGIES, INC.**, | Magistrate Judge Kim |
| Defendant. | |
| **DJAKARTA JACOBS**, on behalf of herself and all others similarly situated, | |
| Plaintiff, | No. 1:21-cv-3354 |
| v. | Judge Jenkins |
| **PNY TECHNOLOGIES, INC.**, | Magistrate Judge Kim |
| Defendant. | |

**JOINT MOTION TO EXTEND DEADLINES**

The Court ruled on the parties' discovery issues regarding the parties' respective discovery responses. (ECF Nos. 101, 102, 103, 104.) In so doing, the Court set a deadline of today, September 8, for the parties to move for sanctions if they felt there was a violation of the order.

The parties now jointly move to extend this deadline by one week—to September 15. The parties are continuing to confer and evaluate each other's supplemental responses, and additional time would benefit that process to hopefully obviate any need for any motions before the court. All parties hope to avoid the need for filing any motions for sanctions.

The parties thank the Court for its consideration.

1

Date: September 8, 2023            Respectfully submitted,

/s/ William F. Cash III
William F. Cash III (Ill. Bar No. 6330856)
Matthew D. Schultz (admitted *pro hac vice*)
K. Scott Warrick
**LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR, & MOUGEY, P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Phone: 850-435-7059
Email: bcash@levinlaw.com

Greg Blankinship (admitted *pro hac vice*)
Bradley F. Silverman (admitted *pro hac vice*)
**FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP**
1 North Broadway
White Plains, NY 10601
Phone: 914-298-3290
Email: dblankinship@fbfglaw.com
Email: bsilverman@fbfglaw.com

*Attorneys for Plaintiffs*

/s/ *Sean H. Suber*
Ronald Y. Rothstein
Sean H. Suber
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
Email: RRothste@winston.com
Email: SSuber@winston.com

*Attorneys for Defendant*
*PNY Technologies, Inc.*