# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Cassandra Geske

                Plaintiff,

v.                                    Case No.: 1:19–cv–05170
                                                Honorable Lindsay C. Jenkins

PNY Technologies, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 8, 2023:

      MINUTE entry before the Honorable Young B. Kim: Parties' joint motion for extension of time [105] is granted. Parties now have until September 15, 2023, to file their motions for sanctions and until September 29, 2023, to a response thereto. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.