# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Cassandra Geske

                Plaintiff,

v.                                        Case No.: 1:19–cv–05170
                                                   Honorable Lindsay C. Jenkins

PNY Technologies, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, September 16, 2023:

       MINUTE entry before the Honorable Young B. Kim: Neither side filed a motion for sanctions by yesterday. (See R. 106.) The court presumes that the parties have complied with the court's discovery orders entered on August 7 and August 8, 2023, (R. 101; R. 102; R. 103; R. 104). Written discovery is now closed, except for supplementing earlier discovery responses as required under Rule 26(e) and serving requests to admit and subpoenas for records. If the parties wish to serve supplemental written discovery requests, they must seek leave of court by filing a motion and attaching the proposed set of supplemental requests as an exhibit to the motion. Parties have until January 12, 2024, to complete all fact discovery. This deadline will not be extended unless the parties can demonstrate that they have been diligent in their efforts to complete fact discovery. Parties are to file a joint status report by December 1, 2023, advising the court of the following: (1) depositions completed; (2) depositions each side requires and scheduled; and (3) whether each side plans on retaining any experts. Mailed notice(Kim, Young)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.