**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division**

Cassandra Geske

                Plaintiff,

v.                                                     Case No.: 1:19−cv−05170
                                                              Honorable Lindsay C. Jenkins

PNY Technologies, Inc.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 30, 2023:

      MINUTE entry before the Honorable Young B. Kim: Parties' joint motion for extension of time[108] is granted in part and denied in part. The filing deadline for their joint status report is extended from December 1 to December 15, 2023. As for the January 12, 2024 fact discovery deadline, the court will reset the deadline after reviewing the status report. Parties are reminded that this court requires each motion to be noticed for presentment, even if filed jointly, agreed, or uncontested, so that the motion may be heard in a timely manner if necessary. (See https://www.ilnd.uscourts.gov/judge−info.aspx?SUYY UADI1Y4=.) Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.