**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **CASSANDRA GESKE**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**PNY TECHNOLOGIES, INC.**,<br><br>Defendant. | Case No. 1:19-cv-05170<br>Honorable Lindsay Jenkins |
| **DJAKARTA JACOBS**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**PNY TECHNOLOGIES, INC.**,<br><br>Defendant. | Case No. 1:21-cv-03354<br>Honorable Lindsay Jenkins |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated November 30, 2023 (Dkt. 109), Defendant PNY Technologies Inc. and Plaintiffs Cassandra Geske and Djakarta Jacobs (the "Parties") submit the following Joint Status Report:

1. The Parties engaged in private mediation on December 4, 2023.

2. As a result of that mediation, the Parties have reached a settlement in principle and, by January 15, 2024, will provide formal notice of settlement and move the Court to dismiss this action upon finalization of the settlement agreement.

3. Should the parties not finalize the settlement agreement for some reason, the parties will file another joint status report by January 23, 2024, outlining the future path for the case and, if necessary, depositions to be taken along with each side's plans on retaining any experts.

1

Dated: December 15, 2023

Respectfully submitted,

*/s/ Ronald Y. Rothstein*
Ronald Y. Rothstein
Sean H. Suber
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
Phone: (312) 558-5600
Fax: (312) 558-5700
RRothste@winston.com
SSuber@winston.com

*Attorneys for Defendant*
*PNY Technologies Inc.*

*/s/ William F. Cash (with permission)*
William F. Cash III (Ill. Bar No. 6330856)
Matthew D. Schultz (admitted pro hac vice)
K. Scott Warrick
**LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR, & MOUGEY, P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Phone: 850-435-7059
Email: bcash@levinlaw.com

Greg Blankinship (admitted pro hac vice)
Bradley F. Silverman (admitted pro hac vice)
**FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP**
1 North Broadway
White Plains, NY 10601
Phone: 914-298-3290
Email: dblankinship@fbfglaw.com
Email: bsilverman@fbfglaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 15th day of December 2023, I caused a true and correct copy of the foregoing to be filed electronically with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties and counsel of record.

                                                  /s/ Sean H. Suber