UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Cassandra Geske

                Plaintiff,

v.                                                       Case No.: 1:19–cv–05170
                                                        Honorable Lindsay C. Jenkins

PNY Technologies, Inc.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Saturday, December 16, 2023:

      MINUTE entry before the Honorable Young B. Kim: In light of the joint report that the parties "have reached a settlement in principle[,]" (R. 110 at 1), discovery is stayed until further order of the court. Parties are directed to file another joint report by January 23, 2024, advising the court of the status of their settlement agreement. If the parties have not finalized their settlement documents by then, the parties must detail the specific steps and/or drafting issues outstanding. If this information should not be included on the public docket, they may file the information under seal. Mailed notice(Kim, Young)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.