UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CASSANDRA GESKE**, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **PNY TECHNOLOGIES, INC.**, <br><br> Defendant. | Case No. 1:19-cv-05170 <br> Honorable Lindsay Jenkins |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to this action, acting through their counsel, hereby stipulate to the dismissal of this action with prejudice as to Plaintiff Cassandra Geske's claims, with each party to bear their own attorneys' fees and costs. The claims of the putative, uncertified classes are dismissed without prejudice.

Dated: January 22, 2024   Respectfully submitted,

/s/ *William F. Cash* (with permission)
William F. Cash III (Ill. Bar No. 6330856)
**LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR, & MOUGEY, P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Phone: 850-435-7059
Email: bcash@levinlaw.com

Greg Blankinship (admitted pro hac vice)
**FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP**
1 North Broadway
White Plains, NY 10601
Phone: 914-298-3290
Email: dblankinship@fbfglaw.com

*Attorneys for Plaintiffs*

*/s/ Ronald Y. Rothstein*
Ronald Y. Rothstein
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, IL 60601-9703
Phone: (312) 558-5600
Fax: (312) 558-5700
RRothste@winston.com

*Attorney for Defendant
PNY Technologies Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 22nd day of January 2024, I caused a true and correct copy of the foregoing to be filed electronically with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties and counsel of record.

                     */s/ Ronald Y. Rothstein*